# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **GLENDA RIGGINS** | § | |
| | § | |
| **v.** | § | **NO.4 :15-cv-00048** |
| | § | |
| **HOUSTON HOUSING** | § | |
| **AUTHORITY** | § | |

## PLAINTIFF'S DISCLOSURE OF EXPERTS

Plaintiff Glenda Riggins does not intend to call any person to testify as an expert at the trial of this cause.

Respectfully submitted,

Lone Star Legal Aid
 _/s/ **Mark J. Grandich**_
Mark J. Grandich
State Bar No. 08294850
So. Dist. No. 12082
1415 Fannin
Houston, Texas 77002
(713) 652-0077, ext. 1251
Fax (713) 652-3814
mgrandich@lonestarlegal.org

PLAINTIFF'S COUNSEL

## CERTIFICATE OF SERVICE

I certify that on July 31, 2015, I sent a true and correct copy of the foregoing Plaintiff's Disclosure Of Experts by email to Defendant Houston

Housing Authority, as follows:

       Mr. David V. Brice
       Houston Housing Authority
       2640 Fountainview Drive
       Houston, TX 77057
       dbryce@housingforhouston.com

       ___/s/ ***Mark J. Grandich***___
       Mark J. Grandich